Tr. Ct. NO. C-396-010432-1249395-A,

WR-83 621-02

83,621-02

Date November 4th 2015

To COURT OF CRIMINAL APPEALS OF TEXAS,
P.O. Box 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

APPLICANT LARRY JOE MORGAN VS. STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

DEAR SIR/MADAM

ON October 5th 2015, ("APPLICANT") received a Post Card ("Notice")
Stating the Court of Criminal Appeals of Texas
had received ("APPLICANT") 11.07 writ of Habeas Corpus
and presented it to the court.

"This is a inquiry, because over 30 days has Lapps.
I am hereandnow inquiring of the Status of
("APPLICANTS") Application for 11.07 writ of Habeas
Corpus, and the Motions that follow".

(EXPLANATION REQUESTED)

Respectfully
Submitted,

Larry Morgan
(Applicant Pro Se)

LARRY J. MORGAN
TDCJ # 1847262
DOB 08 07 1960
TDCJ-LYNAUGH UNIT-0-108
1098 S. HWY 2037
Fort Stockton TX 79735